IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JORGE ALBERTO CHAVEZ-RAMIREZ (A220-797-409)<br><br>*Petitioner,*<br><br>VS.<br><br>U.S. DEPARTMENT OF JUSTICE; U.S. ATTORNEY GENERAL PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, ICE ACTING DIRECTOR; GABRIEL MARTINEZ, ACTING FIELD OFFICE DIRECTOR OF HOUSTON ICE FIELD OFFICE; ALEXANDER SANCHEZ, WARDEN OF IAH SECURE DETENTION FACILITY<br><br>*Respondents.* | CIVIL ACTION NO. 9:26-CV-00137<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER REGARDING ADMISSION

On February 16, 2026, Petitioner filed his Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. On February 17, 2026, this matter was transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 4]. At the time of transfer, counsel for Petitioner, Lola B. Ayala, was not admitted to practice in the Eastern District of Texas. On February 23, 2026, the Clerk emailed Ms. Ayala instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Lola B. Ayala take the necessary steps to appear on behalf of Petitioner either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **March 6, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

      The Clerk is **INSTRUCTED** to forward a copy of this Order to Ms. Ayala via Email at Lola@lolapllc.com.

**SIGNED this 24th day of February, 2026.**

*Michael J. Truncale*
_____
Michael J. Truncale
United States District Judge